**Order entered May 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00571-CV

### IN RE CHARLES HENSLEY MITCHELL, Relator

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC11-14792

# ORDER
Before Justices FitzGerald, Lang, and Myers

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/    DOUGLAS S. LANG
       JUSTICE